IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DR. TAD BEENE &
ASHLEA BEENE                                                                PLAINTIFFS

V.                          4:25CV01114 JM

EGB, LLC MOVING d/b/a
TWO MEN AND A TRUCK;
TRANSGUARD INSURANCE COMPANY
OF AMERICA, INC
                                                                            DEFENDANTS

## ORDER

Pursuant to Rule 41(a), Plaintiffs' motion to dismiss their claims against Transguard Insurance Company of America without prejudice (ECF No. 16) is GRANTED. The Court notes that Plaintiffs may be ordered to pay all or part of the costs of this action if the action is refiled against this defendant in the future. *See* Fed. R.Civ. P. 41(d). All other claims remain pending.

IT IS SO ORDERED this 6th day of January, 2026.

_____
James M. Moody Jr.
United States District Judge